```
CLERK'S Cert of Transmittal of t/following:
1998
FEB. 25 1 COMPLAINT; Exhibit "I"; DEMAND FOR JURY TRIAL.
FEB. 27 SUMMONS Issued, to "Life Support Systems Hawaii".
FEB. 27 SUMMONS Issued, to "International Bridge Corporation".
APR 14 2 NOTICE re Status Conference (April 29, 1998 at 10:00 a.m.)
APR. 28 3PLTFS Submission re April'29, 1998 Status Conference; Exhibits "I"
and 11211
JUN. 25 4 EX PARTE Motion For Extension Of 120-Day Service Deadline Pursuant
To Stipulation;
June 25, 1998 Declaration Of Bruce L. Jorgensen; Exhibit "I" ; (Proposed)
Order Granting Motion.
JUN. 25  5 ORDER Granting Motion.
JUL. 31  6 FIRST Amended Complaint; Exhibit "1"; Demand for Jury Trial
7 EX PARTE Motion to file Second Amended Complaint; for Extension of Service
Deadline Declaration of Bruce L. Jorgensen; Certificate of Service
AUG. 03  8 ORDER Granting Ex Parte Motion
SEP. 18   9 EX PARTE Motion to File SEcond Amended Complaint
and to Extend 120-Day Service deadline to OCtober 23, 1998; September 18,
1998 Declaration of Bruce L. Jorgensen; Exhibits 1 - 14
10 STIPULATION and Order granting ex-parte motion to file second amended
complaint
SEP. 29 11 SECOND AMENDED COMPLAINT; Exhibit "I"; Demand for Jury Trial;
Summons Issued
OCT. 01 12 RETURN of serv of smmns upn Johnson Worldwide Associates on
10/01/98.
 13 RETURN of serv of smmns upn International Bridge Corporation on 09/30/98.
OCT. 16 14 RETURN of Service (Summons on Oceaner Enterpises)
 15 RETURN of Service (Summons on Pacific Indemnity Ins.)
 16 RETURN of Service (Summons on Jurgen Unterberg)
 17 RETURN of Service (Sumons on American Bureau of Shipping)
OCT. 20 18 ANSWER Of Seaco/Elliot, Inc. and Johnson Worldwide Associates To
Plaintiffst Second Amended Complaint.
OCT. 20 19 CERTIFICATE Of Service.
OCT. 23 20 EX PARTE MOTION to Extend 120-Day Service Deadline to December 15,
1998;
October 23, 1998 Declaration of Bruce L. Jorgensen; Exhibits 1-15
21 ORDER granting ex parte motion to extend 120 day deadline
OCT. 26 22 RETURN of Service (Summons on Life Support Systems HAwaii, Inc)
NOV. 10 23 APPLICATION to appear Pro Hac Vice and Designation of local
counsel.
24 CONSENT to designation of John D. Osborn by Trevor J. Will.
NOV. 12 25 ORDER Granting Application of Trevor J. Will to Practice Pro Hac
VIce
26 CERTIFICATE of Service
NOV. 27 27 ANSWER And Cross-Claim Of Pacific Indemnity Insurance Co.
DEC. 01 28 ANSWER to second amended complaint by def International Bridge
Corp.
DEC. 07 29 RETURN of Service (Summons on SMR Technologies)
 30 RETURN of Service (Summons on Inflatable Survival Systems, Inc)
DEC. 10 1 ANSWER To Second Amended Complaint.
DEC. 11 32 REQUEST To Clerk Of,Court To Enter Default Against Defendant Life
Support Systems Hawaii, Inc.'; December 11, 1998 Declaration Of Bruce L.
Jorgensen; Exhibits '111'~,'64
DEC. 11 33 ENTRY Of DefaultAgalfist(Defendant Life Support Systems Hawaii,
Inc.
DEC. 14 34 ANSWER of SMR Technologies, Inc. to Plaintiffs' Second Amended
Complaint; Affirmative Defenses
DEC. 15 35 ANSWER OF Inflatable Survival Systems, Inc. to Plaintiffs' Second
Amended Complt Affirmative.Defenses
```

```
JAN. 05 36 PROOF of Service
37 PROOF of Service
JAN. 06 38 ANSWKR to Second Amended Complaint
39 Declaration of Service
FEB. 05 40 ENTRY OF APPEARANCE as co-cnsl for def Pacific Indem ity Ins. Co.
41 CERTIFICATE of serv of Ans & Cross-Claim, etc.
 ~JEB. 12 42 ANSWER of Inflatable Survival Systems, Inc. to Cross Claim of Pacific Indemnity
    Insurance Co.; Affirmative Defenses
 43 ANSWER of SMR TEchnologies, Inc. to Cross Claim of Pacific Indemnity Ins. Co;
    Affirmative Defenses
IFEB* 18 44 PROOF of Service
 45 PROOF of Service
MAY 03 46 NOTICE of Motion & Motion for S/J by def SMR Technologies, INc.,
HRG: JUNE 3, 1999 at 9:00 a.m.
 47 MEMORANDUM in spprt of mtn for S/J.
 48 AFFIDAVIT of Robert Ayers.
 49 AFFIDAVIT of David E. Genovese.
 50 AFFIDAVIT of Oscar J. Mifsud.
HAY 07 51 PROOF of Service
1MAY 21 52 PLAINTIFFS' Joinder in May 21, 1999 CV-97-0070 Pleading
MAY 26 53 OPPOSITION of Deft Pacfic Indemnity Insurance Co. to SMR
Technologies, Inc.'s Motion for Summary Judgment
 54 Defts IBC/M and IBC's Opposition to Deft SMR Technologies, Inc.'s Motion
for Summary Judgment
MAY 28 55 REPLY Brief in Support of Motion for Summary Judgment and Motion to Strike
 56 DECLARATION of Robert J. O'Connor
JUNE 01 57 PROOF of Service
JUN 03 58 MINUTE ENTRY: Hearing on Motion for Summary Judgment. Atty Bruce Jorgensen
 for Pltfs. Atty Paul Lawlor for International Bridge. Atty Jed Horey for
 SMR Technologies. After hrg oral arguments, Ct. stated that the matter would
be taken under advisement and that a written order would be forthcoming.
59 NOTICE of ORDER after hearing of SMR's Mo for Summary Judgment and Pltf's
Mo to be allowed to Conduct Discovery
60 ORDER re Case Management Conference (June 18, 1999 at 9:00 a.m.)
JUN. 11 61 MEMORANDUM Concerning Propriety Of 28 U.S.C. 1391 Venue.
JUN. 11 62 POINTS And Authorities Re: Venue.
JUN. 14 63 ANSWER To Cross Claim Of Pacific Indemnity Insurance Co.
JUN. 14 64 PLAINTIFFS' Joinder In Memorandum Re: Venue.
JUN. 14 65 ORDER Dismissing Without Prejudice Defendant Wardle Storeys, PLC.
JUN. 15 66 NOTICE Re: Case Managment Conference (Fri. Jun. 18, 1999 9:00am OFF Calendar).
JUN. 15 67 PROOF Of Service (Bruce Lee Jorgensen).
JUN. 15 68 DECLARATION Of Service. (Jorgensen, Berline, O'Connor, Osborn,
Fitzgerald, McMahon, Lawlor).
JUN. 29 69 ORDER RE: Venue (This and 3 other lawsuits are transferred to the District
 Court of Guam with Judge Munson presiding until conclusion.

;    [RSN EOD 07/06/1999]
```